UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| THEODORE BROWN, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | CV416-190 |
| | ) | CR494-086 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** with prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of November, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA