# United States District Court
## Southern District of Georgia

THEODORE BROWN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-190
CR494-086

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 29, 2016, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 2255 petition is DISMISSED with prejudice and this case stands CLOSED.



November 29, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk